Afshin Siman, Esq.
Afshin Siman, Esq.
afshinsiman@gmail.com
11040 Santa Monica Blvd. Ste. 212
Los Angeles, CA 90025
T: 619-743-0975

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE KNORR, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-5339-BRO-MRW |
| *Plaintiff*, | VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| ELOCAL USA, LLC, a Delaware corporation, | |
| *Defendant*. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Suzanne Knorr, individually, by and through undersigned counsel, hereby advise the Court that an agreement has been reached, and therefore Plaintiff Knorr dismisses all claims asserted in this civil action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties are to bear their own respective attorneys' fees and costs.

Respectfully Submitted,

**SUZANNE KNORR**, individually and on behalf of Classes of similarly situated individuals

Dated: September 21, 2017        By: __/s/Blake J. Dugger_____

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | One of Plaintiff's Attorneys                                    |
| 2  |                                                                 |
| 3  | Blake J. Dugger*<br>blake@stefancoleman.com                     |
| 4  | LAW OFFICES OF STEFAN COLEMAN, P.A.<br>1011 W. Colter St., #236 |
| 5  | Phoenix, Arizona 85013<br>Telephone: (602) 441-3704             |
| 6  | Facsimile: (888) 498-8946                                       |
| 7  | Attorney for Plaintiff and the Classes                          |

VOLUNTARY DISMISSAL
-2-

**CERTIFICATE OF SERVICE**

    I, Blake J. Dugger, an attorney, hereby certify that on September 21, 2017 I caused the above and foregoing papers to be served by sending such papers to all counsel of record via electronic mail.

s/Blake J. Dugger